JS-6

*FILED CLERK, U.S. DISTRICT COURT*
*JUN - 8 2010*
*CENTRAL DISTRICT OF CALIFORNIA   BY ___ DEPUTY*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN SURGICAL CENTER, a California medical corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUDCO GROUP, INC., in its capacity as plan administrator,<br><br>Defendant. | Case No. CV09-3991 AHM (Ex)<br><br>**JUDGMENT** |

Plaintiff Eden Surgical Center's ("Eden") motion for summary judgment papers ("Eden's MSJ"), the opposition papers submitted by defendant Budco Group, Inc. ("Budco"), and the reply papers submitted in support of Eden's MSJ were taken under submission by the Honorable A. Howard Matz, United States District Court Judge in Courtroom 14 of the above-identified Court. The Court did not hear oral argument from counsel regarding Eden's MSJ.

[1]

JUDGMENT

Based on the parties' pleadings, and for good cause, Eden's MSJ was granted, as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff Eden Surgical Centers' MSJ is granted based on defendant Budco Group, Inc.'s violation of the disclosure requirements under the Employees Retirement Income Security Act of 1974 for the reasons set forth in the Court's May 27, 2010 Minute Order.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Budco shall provide Eden with the following documents by not later than June 24, 2010.

(1) The data base and fee schedule used by Blue Cross Blue Shield of Ohio in reaching the adverse benefit determination issued to Ms. Uribe; and

(2) The methodology and any internally developed criteria cited in the Plan Document that Budco used to calculate benefits with respect to Ms. Uribe's claim.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Eden is not awarded discretionary statutory penalties under 29 U.S.C. §1132(c).

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Eden shall recover its reasonable attorney's fees as the prevailing party in this lawsuit pursuant to 29 U.S.C. §1132(g)(1).

///

Dated: June 8, 2010

By: _____
A. Howard Matz
United States District Court Judge

[2]

JUDGMENT