O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-3991 AHM (Ex) | Date | August 6, 2010 |
|---|---|---|---|
| Title | EDEN SURGICAL CENTER v. BUDCO GROUP, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

      The relief that Eden Surgical Center seeks in its Notice of Violation of Court Disclosure Order and Request for Sanctions ("Notice") requires a noticed motion. *See* Fed. R. Civ. P. 7(b)(1) ("A request for a court order must be made by motion."). *See also* Local Rule 6-1 ("Unless otherwise provided by rule or order of the Court, no oral motions will be recognized and every motion shall be presented by written notice of motion. . . ."); Local Rule 7-3 (requiring counsel to "discuss thoroughly . . . the substance of [a] contemplated motion and any potential resolution . . ."). Accordingly, the Court will not act upon Eden's Notice.

                                                           :

Initials of Preparer            SMO